HENDERSON, receiver, *v.* CITIZENS AND SOUTHERN BANK.

PER CURIAM. Under the pleadings and evidence, the court did not abuse its discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
FEBRUARY 16, 1916.

Petition for injunction. Before Judge Charlton. Chatham superior court. March 20, 1915.

*A. S. Bussey* and *W. B. Stubbs,* for plaintiff.
*Adams & Adams,* for defendant.